IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KARIMI SUTTON, J71244, | ) | |
| Plaintiff(s), | ) | No. C 16-5448 CRB (PR) |
| vs. | ) | ORDER OF TRANSFER |
| G. GIESSNER, et al., | ) | |
| Defendant(s). | ) | |

Plaintiff, a prisoner at the Substance Abuse Treatment Facility and State Prison, Corcoran, has filed a pro se complaint under 42 U.S.C. § 1983 alleging use of excessive force and other constitutional violations while he was incarcerated at High Desert State Prison. A substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in the County of Lassen, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED: Sept. 30, 2016

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.16\Sutton, K.16-5448.transfer.wpd