1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  PHILLIP L. ARTHUR, State Bar No. 238339
   Supervising Deputy Attorney General
3  ERIK A. GUTIERREZ, State Bar No. 273837
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 210-7340
6   Fax:  (916) 324-5203
    E-mail:  Erik.Gutierrez@doj.ca.gov
7  *Attorneys for Defendants G. Giessner
   and N. Guzman*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KARIMI SUTTON,** | 2:16-cv-02369 KJM EFB |
| Plaintiff, | **STIPULATION TO MODIFY SCHEDULING ORDER** |
| v. | |
| **G. GIESSNER, et al.,** | Judge:  The Honorable Edmund F. Brennan |
| Defendants. | Trial Date:  Not set |
| | Action Filed:  September 23, 2016 |

Pursuant to Local Rule 143, the parties stipulate and ask the Court to Order that the scheduling order entered on April 2, 2019 (ECF No. 20) be modified as follows: (1) Plaintiff's deposition shall be completed on or before September 9, 2019; (2) any motions necessary to compel discovery shall be filed on or before September 16, 2019; (3) dispositive motions shall be filed on or before December 9, 2019; and (4) the Court will schedule pretrial proceedings, if necessary, upon the resolution of any pretrial motions filed.

"The district court is given broad discretion in supervising the pretrial phase of litigation." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted).  Rule 16(b) provides that "[a] schedule may be modified only for good

1

cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Zivkovic v. Southern California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting *Johnson*, 975 F.2d at 607).

Good cause exists for this extension. Plaintiff's deposition was initially scheduled for July 9, 2019. In June 2019, Defendants' counsel became aware that the Law Offices of Marc Grossman intended to substitute into this case as counsel for Plaintiff Karimi Sutton. The substitution of attorney was completed and approved by the Court on July 10, 2019. (ECF No. 25.) Due to the appearance of Plaintiff's counsel, Defendants voluntarily agreed to move Plaintiff's deposition to August 2, 2019. Defendants' and Plaintiff's counsel arranged to appear for the August 2, 2019 deposition by video teleconference. Plaintiff would appear for the deposition in-person at his correctional institution, Substance Abuse Treatment Facility and State Prison, Corcoran (SATF-CSP, Corcoran).

On the morning of August 2, 2019, approximately twenty minutes before the video teleconference deposition was set to begin, the parties were made aware that the Internet connection at Plaintiff's correctional institution, SATF-CSP, Corcoran was and had been down since 11 p.m. on August 1, 2019. As Plaintiff's counsel is located in Upland, California, and Defendants' counsel is located in Sacramento, California, there was no feasible way for either counsel to appear in-person on short notice. Counsel waited for approximately forty-five minutes after the scheduled start-time to see if the Internet connection would be fixed, but it was not. Counsel jointly agreed to postpone the deposition, complete this stipulation, and move the Court for an Order to modify the scheduling conference. Additionally, Plaintiff's counsel is scheduled for a pre-paid vacation from August 4, 2019 to the close of the discovery period, which prevents the parties from completing Plaintiff's deposition by the Court ordered deadline of August 9, 2019. Accordingly, the parties request an additional 30 days to complete Plaintiff's deposition.

///
///
///

Accordingly, the parties hereby agree and stipulate as follows:

1. Plaintiff's deposition shall be complete on or before September 9, 2019;
2. Any motions necessary to compel discovery shall be filed on or before September 16, 2019;
3. Dispositive motions shall be filed on or before December 9, 2019; and
4. The Court will schedule pretrial proceedings, if necessary, upon the resolution of any pretrial motions filed.

Dated: August 5, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
PHILLIP L. ARTHUR
Supervising Deputy Attorney General

*/s/ Erik A. Gutierrez*
ERIK A. GUTIERREZ
Deputy Attorney General
*Attorneys for Defendants G. Giessner, and N. Guzman*

Dated: August 5, 2019

*/s/ Marc Grossman*
MARC GROSSMAN
LAW OFFICES OF MARC GROSSMAN
*Attorneys for Plaintiff Karimi Sutton*

IT IS SO ORDERED. The discovery and scheduling deadlines shall be modified as follows: (1) Plaintiff's deposition shall be complete on or before September 9, 2019; (2) any motions necessary to compel discovery shall be filed on or before September 16, 2019; (3) dispositive motions shall be filed on or before December 9, 2019; (4) the Court will schedule pretrial proceedings, if necessary, upon the resolution of any pretrial motions filed.

Dated: August 7, 2019

_____
Edmund F. Brennan
United States Magistrate Judge

SA2019100656/13978673.docx

3