UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIMI SUTTON,<br><br>    Plaintiff,<br><br>    v.<br><br>G. GIESSNER, et al.,<br><br>    Defendants. | No. 2:16-cv-2369-KJM-EFB P<br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding in an action brought under 42 U.S.C. § 1983. Plaintiff commenced this action pro se, but Attorney Marc Grossman substituted in as counsel for plaintiff in July of 2019. ECF Nos. 24, 25. Mr. Grossman now moves to withdraw, noting a complete break-down in the attorney-client relationship. ECF No. 34. Plaintiff consents to the withdrawal and has served Mr. Grossman with a "Substitution of Counsel" form on December 4, 2019, stating that from that point forward, he wished to proceed pro se. ECF No. 34-2. In light of these circumstances, Mr. Grossman's motion is granted.

/////
/////
/////
/////
/////

1

Good cause appearing, it is hereby ORDERED that the motion to withdraw as counsel (ECF No. 34) is GRANTED.[1]

DATED: January 14, 2020.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants have noticed a motion for summary judgment for hearing on February 19, 2020, in accordance with Local Rule 230(b). Because plaintiff now proceeds pro se, motions shall instead be briefed in accordance with Local Rule 230(l), without oral argument. Therefore, the hearing set for February 19, 2020 is vacated. Plaintiff shall file a response to the summary judgment motion with twenty-one days from the date of this order.

2